## IN UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUCKY'S MARKET PARENT COMPANY, LLC, *et al.*,[1] | ) | Case No. 20-10166 (JTD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Lucky's Market Parent Company, LLC ("LMPC") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, file their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), under section 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), Sinoc, Inc. (0723), (0723), Lucky's Farmers Market of Lexington, KY, LLC (3446), Lucky's Farmers Market of Ellisville, LLC (2875)..

are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and advisors are advised of the possibility of such damages.

Mr. Andrew T. Pillari, has signed each set of the Schedules and Statements. Mr. Pillari serves as the LMPC Chief Financial Officer and is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Pillari necessarily relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Pillari has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

### Global Notes and Overview of Methodology

1.   **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, but inadvertent errors or omissions may exist. The Debtors reserve all rights to: (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim against a Debtor ("Claim")[2] is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether of such Claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated"). Any failure to designate a Claim in the Schedules and Statements as

---

[2]  For the purposes of these Global Notes, the term Claim shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

"disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."

Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2.    **Description of Cases and "As Of" Information Date**.  On January 27, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

The asset information provided herein represents the asset data of the Debtors as of the Petition Date, except as otherwise noted. The liability information provided herein represents the outstanding pre-petition liabilities as of the Petition Date.

3.    **Net Book Value of Assets**.  Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of January 27, 2020. The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation that will be prepared in connection with the disclosure statement to the Debtors' chapter 11 plan. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.

4.    **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, amend, update, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.    **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods and by Debtor based on the information and research conducted in

connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

6.    **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, employee benefit accruals, and in some instances accrued accounts payable.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis. As discussed below, prepetition liabilities that the Debtors have paid postpetition pursuant to relief granted by the court may not be listed in the Schedules and Statements.

7.    **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8.    **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner.  However, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9.    **Executory Contracts**.  Although the Debtors made reasonable efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10. **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

11. **Claims Description**.  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.    Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including causes of action that are required to be kept confidential and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

- Undetermined Amounts.  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- Unknown Debtors.  In certain instances, certain contracts may not specify a particular Debtor or may include an incorrect legal entity as the contractual

counterparty.  In these instances, responses have been listed in the appropriate Statement or Schedule at Lucky's Parent Company, LLC out of an abundance of caution.

- <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14.    **Currency**.  All amounts are reflected in U.S. dollars.

15.    **Intercompany Payables and Receivables**.  Intercompany payables and receivables between the Debtors as of the Petition Date are set forth on Schedule E/F or Schedule A/B, as applicable.

In addition to intercompany transactions that result from operations, the Debtors maintain certain loans payable, which reflect documented agreements amongst certain legal entities of the Debtors.  For purposes of presentation, these amounts are shown as loans payables to or loans receivables from those legal entities specified in the agreements.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors reserve all rights with respect to such accounts.

In some instances, a Debtor may owe an Intercompany payable to another Debtor and hold an intercompany receivable from that same Debtor.  Such payables and receivables may be subject to setoff.  The amounts shown for each Intercompany payable and receivable does not reflect such potential setoff.  However, the Debtors reserve all rights with respect to such setoffs.

16.    **Setoffs**.  The Debtors periodically incur certain setoffs in the ordinary course of business.  Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, credits, refunds, negotiations, and/or disputes between the Debtors and their vendors or customers, and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17.    **Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**.  Except as otherwise noted, the asset and liability information provided herein represents the Debtors' assets and liabilities as of the Petition Date.

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.  Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B 3.** Amounts listed reflect the bank balance as of January 26, 2020, and not the net book value.  The Debtors utilize a number of zero-balance bank accounts as part of their operations. Accounts with a balance of $0 at the time of the petition are not included in these Schedules.

**Schedule A/B.15**.  Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests of all subsidiaries and affiliates. Nothing in these Schedules is an admission by or conclusion of the Debtors regarding the value of such subsidiary and affiliate equity interests, which, under certain fair market or enterprise valuation analyses, may have value.  The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation to be prepared in connection with the Disclosure Statement.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.  As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

**Schedule A/B, Parts 7, 8 and 9**.  Dollar amounts are presented net of accumulated depreciation and other adjustments pursuant the Debtors books as of the Petition Date.

**Schedule A/B.74.**  Despite exercising their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  Unless otherwise noted on specific responses, items reported on Schedule A/B are reported from the Debtors' book and records as of the Petition Date.  The Debtors reserve all of their rights with respect to any claims and causes of action they may have. Neither these Global Notes nor the Schedules shall be deemed a waiver of any such claims or causes of action or to prejudice or impair the assertion thereof in any way.

**Schedule A/B.77**.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Schedule D**.  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors have schedule claims of various creditors as secured, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The Debtors have not included parties that may believe their Claims are secured through setoff rights, inchoate statutory lien rights, or other lien rights created by the laws of the various jurisdictions in which the Debtors operate.

The amounts outstanding under the Debtors' prepetition secured debt reflect approximate principal and interest amounts as of the Petition Date.

Descriptions provided on Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

**Schedule E/F**.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts. Various Debtors are borrowers, and certain of the other Debtors are guarantors, under prepetition funded obligations.

The claims of individual creditors for, among other things, goods, products, services, customer refunds, or taxes are listed as the amounts entered on the Debtors' books and records and may not

reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Under the *Final Order Authorizing Prepetition Taxes and Fees* [Docket No. 262] (the "Tax Order"), the Bankruptcy Court granted the Debtors authority to pay the prepetition Claims of certain regulatory authorities on account of taxes and fees. The amounts accrued and payable on account of such Claims may not be reflected on the Schedule E/F.

Under the *Final Order (i) Authorizing continuation of, and payment of prepetition obligations incurred in the ordinary course of business in connection with, various insurance policies* [Docket No. 261] (the "Insurance Order"), the Bankruptcy Court granted the Debtors authority to pay the prepetition Claims of insurers on account of insurance premiums, claims, and other related obligations. The amounts accrued and payable on account of such Claims may not be reflected on the Schedule E/F.

Under the *Final Order Authorizing Payment of (i) Certain Prepetition Employee Claims, Including Wages, Salaries, and Other Compensation, (ii) Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (iii) Reimbursement to Employees for Prepetition Expenses, (iv) Withholding and Payroll-Related Taxes, and (v) Prepetition Claims Owing to Administrators and Third-Party Providers* [Docket No. 268] (the "Wages Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition and postpetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations that the Debtors have paid postpetition pursuant to relief granted by court order entered by the Bankruptcy Court.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual.

**Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

Certain confidentiality, hold harmless, and non-compete agreements may not be listed on Schedule G. In addition, agreements and underlying documentation related to the Debtors' prepetition debt is not included in Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment.

All disbursements listed in Statement 3 are made through the Debtors' cash management system, more fully described in the Cash Management Motion. Dates listed in Statement 3 reflect the dates upon which the Debtor transferred funds to the relevant payee or disbursing agent. Certain disbursements may be excluded from Statement 3, including disbursements to insiders and disbursements to certain retained professionals (reported elsewhere).

**Statement 4**. Payments made to individual insiders have been reported in aggregate amounts by basis of distribution. Such payments reflect expense reimbursements paid directly to the individual insider, and do not include business expenses incurred by the individual insider when paid directly by the company to a third party, including under corporate card programs. Benefit amounts attributed to insider are based on employer costs on a per employee basis and do not necessarily reflect the employer cost incurred for each employee.

Transfers of cash or assets are listed on a transfer basis between Debtors. Intercompany payable and receivable balances as of the Petition Date can be found on Schedule E/F and Schedule AB.

**Statement 9**. The charitable contribution transfers listed in Statement 9 may include customer donations along with Debtor matching funds.

**<u>Statement 21</u>**.  In the ordinary course of business, vendors to the Debtors may provide fixtures or display cases to assist in the selling of their products.  The Debtors do not maintain a schedule of these items.

**<u>Statement 25</u>**.  Information listed in Statement 25 is based on best historical corporate structure information available.  Certain dates of ownership may be approximate and certain historical address information may be unavailable for entities that no longer exist.

**<u>Statement 28</u>**.  Ownership interests listed in Statement 28 reflect shares directly held.

*[Remainder of page intentionally left blank]*

**Fill in this information to identify the case:**

Debtor name  Lucky's Market of Naples, FL, LLC

United States Bankruptcy Court for the: _____ District of Delaware

Case number (If known):  20-10186

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .......................................................

   $ _____ 5,621,047.00
   + undetermined amounts

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................

   $ _____ 1,543,047.03
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................

   $ _____ 7,164,094.03
   + undetermined amounts

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............................

   $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................

   $ _____ 0.00
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .............................

   + $ _____ 16,582,323.64

4. **Total liabilities** .............................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 16,582,323.64
   + undetermined amounts

---

| Fill in this information to identify the case: |
|---|
| Debtor name  Lucky's Market of Naples, FL, LLC |
| United States Bankruptcy Court for the:_____ District of Delaware |
| Case number (If known):    20-10186_____ |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets — Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                               $            10,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. None | | | $                    0.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. None | $                    0.00 |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $            10,000.00

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. See Attached Rider | $            5,564.00 |
| 7.2. | $ |

Debtor    Lucky's Market of Naples, FL, LLC
          Name

Case number (*if known*) 20-10186

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See Attached Rider                                                                              $                    12,324.52

8.2.                                                                                                 $

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                                 $                    17,888.52

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____  –  _____  = ........➤    $ _____
                                 face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:       _____  –  _____  = ........➤    $ _____
                                 face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.           $                    0.00

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1. _____    _____ %    _____    $ _____

    15.2. _____    _____ %    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                              $                    0.00

Debtor   Lucky's Market of Naples, FL, LLC _____   Case number (if known) 20-10186 _____
         Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| None | MM / DD / YYYY | $ _____ | _____ | $ 0.00 |
| 20. **Work in progress** | | | | |
| None | MM / DD / YYYY | $ _____ | _____ | $ 0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| Store Inventory | 11/09/2019 MM / DD / YYYY | $ 581,873.00 | Net Book Value | $ 581,873.00 |
| 22. **Other inventory or supplies** | | | | |
| None | MM / DD / YYYY | $ _____ | _____ | $ 0.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | $ 581,873.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value _____ Undetermined   Valuation method _____   Current value _____ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor    Lucky's Market of Naples, FL, LLC_____    Case number (if known) 20-10186_____
            Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.    $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Fixtures and Furniture | $ 605.91 | Net Book Value | $ 605.91 |
| 40. **Office fixtures** | | | |
| None | $_____ | _____ | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers and Software | $ 64,797.76 | Net Book Value | $ 64,797.76 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $_____ | _____ | $ 0.00 |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.    $ 65,403.67

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|---|---|---|---|
| | Name | | |

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $ | | $ 0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Store Fixtures and Equipment | $ 613,738.33 | Net Book Value | $ 613,738.33 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $ 613,738.33 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 5,621,047.00 | | $ 5,621,047.00<br>+ undetermined amounts |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 5,621,047.00
+ undetermined amounts

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets**<br>None | $ | | $ 0.00 |
| **61.  Internet domain names and websites**<br>None | $ | | $ 0.00 |
| **62.  Licenses, franchises, and royalties**<br>Liquor License | $ 254,143.51 | Net Book Value | $ 254,143.51 |
| **63.  Customer lists, mailing lists, or other compilations**<br>None | $ | | $ 0.00 |
| **64.  Other intangibles, or intellectual property**<br>None | $ | | $ 0.00 |
| **65.  Goodwill**<br>None | $ | | $ 0.00 |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 254,143.51

Debtor    Lucky's Market of Naples, FL, LLC _____    Case number (if known)    20-10186 _____
Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

None _____    _____ − _____ = ➡    $ _____ 0.00
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____    Tax year _____    $ _____ 0.00
_____    Tax year _____    $ _____
_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**
See Attached Rider _____    $ _____ 0.00
                                          + undetermined amounts

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
None _____    $ _____ 0.00
**Nature of claim** _____
**Amount requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
None _____    $ _____ 0.00
**Nature of claim** _____
**Amount requested** $ _____

76. **Trusts, equitable or future interests in property**
None _____    $ _____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
None _____    $ _____ 0.00
_____    $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $ _____ 0.00
                                                          + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Lucky's Market of Naples, FL, LLC                                    Case number (*if known*)___20-10186___
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 10,000.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 17,888.52 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 581,873.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 65,403.67 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 613,738.33 | |
| 88. **Real property.** Copy line 56, Part 9. ......�That | | $ 5,621,047.00<br>+ undetermined amounts |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 254,143.51 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00<br>+ undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...............91a. | $ 1,543,047.03<br>+ undetermined amounts | + 91b. $ 5,621,047.00<br>+ undetermined amounts |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... $ 7,164,094.03
+ undetermined amounts

Debtor Name: Lucky's Market of Naples, FL, LLC                                    Case Number:   20-10186

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Gas Deposit | FPL | $5,564.00 |
| | **TOTAL** | **$5,564.00** |

Debtor Name: Lucky's Market of Naples, FL, LLC                          Case Number:   20-10186

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Monthly Sales Tax Estimates | Florida Department of Revenue | $12,324.52 |
| | **TOTAL** | **$12,324.52** |

Debtor Name:        Lucky's Market of Naples, FL, LLC                          Case Number:        20-10186

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Capital Leases | Capital Leases | $2,242,365.00 | Net Book Value | $2,242,365.00 |
| Lease Hold Improvements | Lease Hold Improvements | $3,378,682.00 | Net Book Value | $3,378,682.00 |
| NAP24<br>3815 Tamiami Trail E<br>Naples, FL 34112 | Property Lease | Undetermined | N/A | Undetermined |
| | | | TOTAL | $5,621,047.00<br>+ undetermined amounts |

Debtor Name: Lucky's Market of Naples, FL, LLC                                            Case Number: 20-10186

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AIG | Directors and Officers Liability Insurance | 03-982-47-56 | Undetermined |
| AIG | Fiduciary Liability Insurance | 03-982-53-59 | Undetermined |
| American Zurich Insurance Company | Worker's Compensation | WC 0079924-04 | Undetermined |
| Argonaut Great Central Insurance Company | Business Automobile | BA9407298-00 | Undetermined |
| Argonaut Great Central Insurance Company | General Liability & Liquor | FM9407298-00 | Undetermined |
| Argonaut Insurance Company | Business Automobile | BA9407291-00 | Undetermined |
| Argonaut Insurance Company | General Liability & Liquor | FM-9407291-00 | Undetermined |
| AXA/XL | Employment Practices Liability Insurance | BM00034322EP19A | Undetermined |
| Chubb | Cyber Liability Insurance | EON G46771692 001 | Undetermined |
| Chubb | Pollution Liability/ Underground Storage Tank Liability Insurance | PPL G21977020 016 | Undetermined |
| Great American Insurance Company/Sterling Risk | Umbrella Policy - $25,000,000 | UMB9999753 | Undetermined |
| Lloyd's of London / Beazley Insurance Company | Employment Practices Liability - $1,000,000 limit | B0509FINMW1901 167 | Undetermined |
| Ohio Bureau of Workers Compensation | Monopolistic State | 1674951 | Undetermined |
| Ohio Bureau of Workers Compensation | Monopolistic State | 8033877 | Undetermined |
| Pinnacol Assurance | Worker's Compensation | 4185378 | Undetermined |
| Various | Property Insurance | 337-1-DEDLM4 | Undetermined |
| Various | Stock Throughput Insurance | 337-1-STP008 | Undetermined |
| Wyoming Bureau of Workers Compensation | Monopolistic State | 005021592 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name Lucky's Market of Naples, FL, LLC

United States Bankruptcy Court for the: _____ District of Delaware

Case number (If known): 20-10186 _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | $_____ | $_____ |
| **Creditor's mailing address** | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Creditor's name** | **Describe debtor's property that is subject to a lien** | $_____ | $_____ |
| **Creditor's mailing address** | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>　☐ No. Specify each creditor, including this creditor, and its relative priority.<br>　☐ Yes. The relative priority of creditors is specified on lines | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____ 0.00

Debtor    Lucky's Market of Naples, FL, LLC
          _____          Case number *(if known)* __20-10186_____
          Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Lucky's Market of Naples, FL, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 20-10186 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>COLLIER COUNTY<br>COUNTY COURT HOUSE<br>3291 TAMIAMI TRAIL EAST<br>NAPLES, FL 34112 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $ _____ Undetermined | $ _____ |
| **Date or dates debt was incurred**<br>Undetermined | **Basis for the claim:**<br>Licenses and Fees | | |
| **Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8____) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address**<br>COLLIER COUNTY<br>COUNTY COURT HOUSE<br>3291 TAMIAMI TRAIL EAST<br>NAPLES, FL 34112 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $ _____ Undetermined | $ _____ |
| **Date or dates debt was incurred**<br>Undetermined | **Basis for the claim:**<br>Property Tax | | |
| **Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8____) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **2.3** **Priority creditor's name and mailing address**<br>DELAWARE SECRETARY OF STATE<br>401 FEDERAL STREET, SUITE 4<br>DOVER, DE 19901 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $ _____ Undetermined | $ _____ |
| **Date or dates debt was incurred**<br>Undetermined | **Basis for the claim:**<br>Licenses and Fees | | |
| **Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8____) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** | **Priority creditor's name and mailing address** | | $ Underdetermined

FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL 32399-0100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Income Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.5** | **Priority creditor's name and mailing address** | | $ Underdetermined

FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL 32399-0100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales and Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.6** | **Priority creditor's name and mailing address** | | $ Underdetermined

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
CLIFTON BLDG, FICTITIOUS NAME REGISTATION
2661 EXECUTIVE CENTER CIR
TALLAHASSEE, FL 32301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Licenses and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.7** | **Priority creditor's name and mailing address** | | $ Underdetermined

FLORIDA DEPT OF AGRICULTURE AND
CONSUMER SERVICES
BUREAU OF LICENSING AND ENFORCEMENT
REVENUE PROCESSING SECTION
407 S CALHOUN ST., ROOM 131
TALLAHASSEE, FL 32399-0800

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Licenses and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.8** | **Priority creditor's name and mailing address** | | $ <u>Undetermined</u>

FLORIDA DEPT OF BUSINESS AND
PROFESSIONAL REGULATION
DIVISION OF ALCOHOLIC BEVERAGES AND
TOBACCO
2601 BLAIR STONE ROAD
TALLAHASSEE, FL 32399-1023

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Licenses and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.9** | **Priority creditor's name and mailing address** | | $ <u>Undetermined</u>

FLORIDA FISH & WILDLIFE CONSERVATION
COMMISSION
OFFICE OF LICENSING AND PERMITTING
PO BOX 6150
TALLAHASSEE, FL 32314-6150

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Licenses and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.10** | **Priority creditor's name and mailing address** | | $ <u>Undetermined</u>

INTERNAL REVENUE SERVICE
324 25TH ST
OGDEN, UT 84201-0009

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Income Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.11** | **Priority creditor's name and mailing address** | | $ <u>Undetermined</u>

INTERNAL REVENUE SERVICE
324 25TH ST
OGDEN, UT 84201-0009

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Licenses and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Lucky's Market of Naples, FL, LLC
_____
          Name

Case number *(if known)*   20-10186
_____

| Part 1. | Additional Page | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.12 | **Priority creditor's name and mailing address** | $ <u>Undetermined</u> |
|---|---|---|

STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION
2601 N BLAIR STONE ROAD
TALLAHASSEE, FL 32399

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Licenses and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   Lucky's Market of Naples, FL, LLC
_____     Case number *(if known)* 20-10186
         Name

<div style="background:black;color:white">**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**</div>

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
LUCKY'S MARKET 2, LP
6328 MONARCH PARK PLACE
SUITE 100
NIWOT, CO 80503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Inter-Co Payable

$ 4,969,919.53

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
LUCKY'S MARKET 2, LP
6328 MONARCH PARK PLACE
SUITE 100
NIWOT, CO 80503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Joint and Severally Liable - EB5 Loan

$ 7,770,171.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
LUCKY'S MARKET HOLDING COMPANY 2, LLC
6328 MONARCH PARK PLACE
SUITE 100
NIWOT, CO 80503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phase 2 Inter-Co Bridge Loan

$ 1,812,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
LUCKY'S MARKET 2, LP
6328 MONARCH PARK PLACE
SUITE 100
NIWOT, CO 80503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phase 2 Inter-Co EB5 Loan

$ 1,187,500.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
ADP, LLC
PO BOX 842875
BOSTON, MA 02284-2875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12.35

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
ADVANCED REFRIGERATION & AIR INC
PO BOX 850001
ORLANDO, FL 32885-0212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,732.31

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* 20-10186 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.7** | **Nonpriority creditor's name and mailing address** | | $1,113.90

ADVERTISING WITH WIT INC
3900 W. BROWN DEER ROAD, SUITE A
PMB 116
BROWN DEER, WI 53209-1220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.8** | **Nonpriority creditor's name and mailing address** | | $346.97

ALAFFIA (AGBANGA KARITE)
8109 RIVER DRIVE SE
OLYMPIA, WA 98501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.9** | **Nonpriority creditor's name and mailing address** | | $491.46

AMAZING GRASS
C/O GLANBIA BUSINESS SERVICES INC.
DEPT 3331
CAROL STREAM, IL 60132-3331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.10** | **Nonpriority creditor's name and mailing address** | | $1,231.20

AMERICAN OUTDOOR PRODUCTS INC
6350 GUNPARK DR.
BOULDER, CO 80301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.11** | **Nonpriority creditor's name and mailing address** | | $785.56

ANCIENT NUTRITION LLC
2000 MALLORY LANE
SUITE 130-307
FRANKLIN, TN 37067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* 20-10186 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address** $843.01

ARAMARK & CAREER APPAREL GROUP INC
AUS CENTRAL LOCKBOX
PO BOX 731676
DALLAS, TX 75373-1676

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** **Nonpriority creditor's name and mailing address** $210.00

BALANCED GURU
5030 CHAMPION BLVD.
SUITE G11-254
BOCA RATON, FL 33496

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** **Nonpriority creditor's name and mailing address** $646.76

BARLEANS ORGANIC OILS LLC
3660 SLATER ROAD
FERNDALE, WA 98248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** **Nonpriority creditor's name and mailing address** $251.84

BENJAMIN INTERNATIONAL INC.
360 MINOR RD
BRISTOL, CT 06010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** **Nonpriority creditor's name and mailing address** $1,110.84

BLUE BELL CREAMERIES LP
PO BOX 674272
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Lucky's Market of Naples, FL, LLC_____     Case number *(if known)* __20-10186_____
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address** | $717.04

BLUEBIRD BOTANICALS
500 S ARTHUR AVE
#300
LOUISVILLE, CO 80027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.18** | **Nonpriority creditor's name and mailing address** | $166.87

BLUEBONNET NUTRITION CORP
12915 DAIRY ASHFORD RD.
SUGAR LAND, TX 77478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.19** | **Nonpriority creditor's name and mailing address** | $37,545.89

BLUESOHO
PO BOX 644840
PITTSBURGH, PA 15264-4840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.20** | **Nonpriority creditor's name and mailing address** | $273.10

BOIRON USA INC
4 CAMPUS BLVD.
NEWTON SQUARE, PA 19073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.21** | **Nonpriority creditor's name and mailing address** | $83.40

BOODA ORGANICS INC
PO BOX 29345
BELLINGHAM, WA 98228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

### 3.22

**Nonpriority creditor's name and mailing address**

BORDEN DAIRY COMPANY
PO BOX 933179
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim: $9,677.41

---

### 3.23

**Nonpriority creditor's name and mailing address**

BRAD FISHER
PO BOX 10863
TAMPA, FL 33679

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim: $604.56

---

### 3.24

**Nonpriority creditor's name and mailing address**

BULLETPROOF 360 INC
DEPT CH 17095
PALATINE, IL 60055

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim: $42.55

---

### 3.25

**Nonpriority creditor's name and mailing address**

BUNZL HOLDINGS, INC.
PO BOX 402337
ATLANTA, GA 30384-2337

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim: $38,941.88

---

### 3.26

**Nonpriority creditor's name and mailing address**

BURTS BEES
PO BOX 95419
GRAPEVINE, TX 76099

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim: $342.67

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | | $214.22 |
|---|---|---|---|

BUTCHER & PACKER SUPPLY COMPANY
PO BOX 71748
MADISON HEIGHTS, MI 48071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.28 | **Nonpriority creditor's name and mailing address** | | $145.92 |
|---|---|---|---|

CARBON AND CLAY COMPANY
1965 POST RD
SUITE 600
NEW BRAUNFELS, TX 78130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.29 | **Nonpriority creditor's name and mailing address** | | $12,955.44 |
|---|---|---|---|

CARDLYTICS INC
75 REMITTANCE DR
DEPT 3247
CHICAGO, IL 60675-3247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.30 | **Nonpriority creditor's name and mailing address** | | $322.73 |
|---|---|---|---|

CAREERARC
PO BOX 675092
DETROIT, MI 48267-5092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.31 | **Nonpriority creditor's name and mailing address** | | $480.00 |
|---|---|---|---|

CARIBBEAN PIE COMPANY
2245 A BEE RIDGE ROAD
SARASOTA, FL 34239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* 20-10186 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | | $291.01 |
|---|---|---|---|

CARLSON LABORATORIES INC
600 W. UNIVERSITY DRIVE
ARLINGTON HEIGHTS, IL 60004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.33 | **Nonpriority creditor's name and mailing address** | | $70.60 |
|---|---|---|---|

CASHMASTER USA INC
9665 TRADEPORT DRIVE
ORLANDO, FL 32827

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.34 | **Nonpriority creditor's name and mailing address** | | $1,718.27 |
|---|---|---|---|

CENTURY FIRE PROTECTION
3316 S. JONES ST.
FORT WORTH, TX 76110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.35 | **Nonpriority creditor's name and mailing address** | | $99.00 |
|---|---|---|---|

CHURN LLC
2355 VANDERBILT BEACH ROAD
UNIT 131
NAPLES, FL 34109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.36 | **Nonpriority creditor's name and mailing address** | | $73.00 |
|---|---|---|---|

COASTAL BEVERAGE LTD
4747 PROGRESS AVENUE
NAPLES, FL 34104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37**  **Nonpriority creditor's name and mailing address**                                                             $1,746.68

COLLIER COUNTY PUBLIC UTILITIES DEPARTMENT
COLLIER COUNTY UTILITIES
PO BOX 11809
NAPLES, FL 34101-1809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.38**  **Nonpriority creditor's name and mailing address**                                                             $51.00

COMMUNITY COFFEE COMPANY, LLC
PO BOX 679510
DALLAS, TX 75267-9510

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.39**  **Nonpriority creditor's name and mailing address**                                                             $2,395.85

CONTINENTAL FLOWERS
8101 NW 21ST ST
DORAL, FL 33122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.40**  **Nonpriority creditor's name and mailing address**                                                             $105.16

CONTINENTAL VITAMIN CO INC
4510 S. BOYLE AVENUE
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.41**  **Nonpriority creditor's name and mailing address**                                                             $1,287.49

COUNTRY LIFE LLC
PO BOX 601028
PASADENA, CA 91189

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.42 | **Nonpriority creditor's name and mailing address** | | $1,101.03 |
|---|---|---|---|

COZZINI BROS INC
350 HOWARD AVENUE
DES PLAINES, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.43 | **Nonpriority creditor's name and mailing address** | | $130.00 |
|---|---|---|---|

CUSTOMCHANNELS.NET LLC
2569 PARK LANE, SUITE 104
LAFAYETTE, CO 80026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.44 | **Nonpriority creditor's name and mailing address** | | $2,641.75 |
|---|---|---|---|

CV SCIENCES INC
10070 BARNES CANYON ROAD
SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.45 | **Nonpriority creditor's name and mailing address** | | $2,251.67 |
|---|---|---|---|

CWB HOLDINGS INC
1720 SOUTH BELLAIRE STREET
SUITE 600
DENVER, CO 80222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.46 | **Nonpriority creditor's name and mailing address** | | $158.80 |
|---|---|---|---|

D L H ASSOCIATES
PO BOX 970631
COCONUT CREEK, FL 33097

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | | $568.19 |
|---|---|---|---|

DADE PAPER & BAG CO
NETWORK SERVICES CO.
29060 NETWORK PLACE
CHICAGO, IL 60673-1290

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.48 | **Nonpriority creditor's name and mailing address** | | $42.00 |
|---|---|---|---|

DAVLO ENTERPRISES INC.
9247 JAKES PATH
LARGO, FL 33771

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.49 | **Nonpriority creditor's name and mailing address** | | $352.85 |
|---|---|---|---|

DESIGN DESIGN INC
PO BOX 2266
GRAND RAPIDS, MI 49501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.50 | **Nonpriority creditor's name and mailing address** | | $659.72 |
|---|---|---|---|

DIVISIONS MAINTENANCE GROUP
300 DAVE COWENS DRIVE
SUITE 500
NEWPORT, KY 41071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.51 | **Nonpriority creditor's name and mailing address** | | $373.81 |
|---|---|---|---|

ECOLAB PEST ELIMINATION DIVISION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | $240.00 |

ECOPLANTS LLC
PO BOX 527764
MIAMI, FL 33152-7764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | $168.00 |

ELEV8 HEMP LLC
250 NATIONAL PL. UNIT 162
LONGWOOD, FL 32750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | $438.90 |

EMERSON COMMERCIAL & RESIDENTIAL SOLUTIONS
RETAIL SOLUTIONS
21263 NETWORK PLACE
CHICAGO, IL 60673-1212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | $465.45 |

ENVIRO-MASTER SERVICES INC
PO BOX 12350
CHARLOTTE, NC 28220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | $185.93 |

ENZYMEDICA INC
PO BOX 628718
ORLANDO, FL 32862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.57 | **Nonpriority creditor's name and mailing address** | | $112.56 |
|---|---|---|---|

ESSENTIAL FORMULAS INC
1861 VALLEY VIEW LANE
#180
FARMERS BRANCH, TX 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | | $525.60 |
|---|---|---|---|

EUROPHARMA INC
955 CHALLENGER DRIVE
GREEN BAY, WI 54311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | | $1,040.50 |
|---|---|---|---|

FARM BOY PRODUCE LLC
980 SUNSHINE LN
SUITE V
ALTAMONTE SPRINGS, FL 32714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | | $2,372.95 |
|---|---|---|---|

FARMER MIKES PRODUCE INC
26031 MORTON AVE
BONITA SPRINGS, FL 34135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | | $441.16 |
|---|---|---|---|

FEDEX OFFICE
CUSTOMER ADMINISTRATIVE SERVICES
PO BOX 672085
DALLAS, TX 75267-2085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.62** Nonpriority creditor's name and mailing address — $173.32

FEDEX
PO BOX 94515
PALATINE, IL 60094-4515

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.63** Nonpriority creditor's name and mailing address — $116.56

FERRELLGAS
4770 420TH STREET SE
IOWA CITY, IA 52240

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.64** Nonpriority creditor's name and mailing address — $509.77

FLEXPRINT LLC
PO BOX 790448
ST. LOUIS, MO 63179-0448

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.65** Nonpriority creditor's name and mailing address — $3,859.12

FLORA FINE FOODS
11927 WEST SAMPLE ROAD
CORAL SPRINGS, FL 33065

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.66** Nonpriority creditor's name and mailing address — $318.67

FLORA INC
805 E. BADGER RD.
LYNDEN, WA 98264

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | | $438.76 |
|---|---|---|---|

FLORIDA NATURAL GAS
PO BOX 934726
ATLANTA, GA 31193-4726

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.68 | **Nonpriority creditor's name and mailing address** | | $288.00 |
|---|---|---|---|

FLORIDA ORANGE GROVES INC
1500 PASADENA AVENUE SOUTH
ST PETERSBURG, FL 33707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.69 | **Nonpriority creditor's name and mailing address** | | $720.84 |
|---|---|---|---|

FLORIDAS OWN FOOD DISTRIBUTION
15913 NORTHLAKE VILLAGE
ODESSA, FL 33556

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.70 | **Nonpriority creditor's name and mailing address** | | $1,284.36 |
|---|---|---|---|

FLOWERS BAKING CO OF BRADENTON
PO BOX 101741
ATLANTA, GA 30392

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.71 | **Nonpriority creditor's name and mailing address** | | $225.00 |
|---|---|---|---|

FOO'S INTL USA INC.
709 BREA CANYON ROAD
SUITE 8
WALNUT, CA 91789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | $0.01 |

FRENCH TRANSIT LTD
1301 COURTESY ROAD
LOUISVILLE, CO 80027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | $149.40 |

FUNGI PERFECTI LLC
PO BOX 7634
OLYMPIA, WA 98507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | $2,158.22 |

GABRIEL COSMETICS INC
PO BOX 409
REDMOND, WA 98073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | $14.56 |

GAIA HERBS INC
3079 MOMENTUM PLACE
CHICAGO, IL 60689-5330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | $6.62 |

GARDA CL INC
LOCKBOX 233209
3209 MOMENTUM PLACE
CHICAGO, IL 60689-5332

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77**  **Nonpriority creditor's name and mailing address**                                                        $9,053.11

GARDEN OF LIFE
4200 NORTHCORP PKWY.
#200
PALM BEACH GARDENS, FL 33410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.78**  **Nonpriority creditor's name and mailing address**                                                        $182.00

GENIUS CENTRAL SYSTEMS INC
DEPT CH 19799
PALATINE, IL 60055-9799

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.79**  **Nonpriority creditor's name and mailing address**                                                        $214.00

GEORGES WINDOW CLEANING INC
PO BOX 3154
NAPLES, FL 34106-3154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.80**  **Nonpriority creditor's name and mailing address**                                                        $631.68

GIFT REPUBLIC
4 LYON ROAD
LONDON SW19 2RL
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.81**  **Nonpriority creditor's name and mailing address**                                                        $23.72

GLEASON TECHNOLOGY, INC.
941 MENOHER BLVD.
JOHNSTOWN, PA 15905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number _(if known)_ | 20-10186 |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | $127.02 |
|---|---|---|

GOOD CLEAN LOVE INC
207 W 5TH AVE
EUGENE, OR 97401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.83 | **Nonpriority creditor's name and mailing address** | $30,724.29 |
|---|---|---|

GOURMET FOODS INTERNATIONAL
29205 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.84 | **Nonpriority creditor's name and mailing address** | $335.21 |
|---|---|---|

GSP MARKETING TECHNOLOGIES INC
PO BOX 850001
ORLANDO, FL 32885-0213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.85 | **Nonpriority creditor's name and mailing address** | $534.77 |
|---|---|---|

HACHETTE BOOKS GROUP
PO BOX 8828
JFK STATION
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.86 | **Nonpriority creditor's name and mailing address** | $22,469.46 |
|---|---|---|

HALPERNS STEAK & GARYS SEAFOOD
PO BOX 116421
ATLANTA, GA 30368

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 21 of 47 |
|---|---|---|

Debtor    Lucky's Market of Naples, FL, LLC
_____
Name

Case number *(if known)* __20-10186__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | | $69.85 |

HANDCRAFTED HONEY BEE LLC
20609 SANTA LUCIA STREET
SUITE C
TEHACHAPI, CA 93561

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.88 | **Nonpriority creditor's name and mailing address** | | $337.20 |

HAROLD IMPORT COMPANY INC
747 VASSAR AVENUE
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.89 | **Nonpriority creditor's name and mailing address** | | $166.50 |

HEALTHFORCE NUTRITIONALS
PO BOX 27740
LAS VEGAS, NV 89126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.90 | **Nonpriority creditor's name and mailing address** | | $135.18 |

HEMP HEALTH LLC
2434 30TH STREET
BOULDER, CO 80301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.91 | **Nonpriority creditor's name and mailing address** | | $225.97 |

HEMPFUSION
1001 17TH ST.
SUITE S105
DENVER, CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.92 | Nonpriority creditor's name and mailing address | | $254.58 |
|---|---|---|---|

HERB PHARM
PO BOX 116
WILLIAMS, OR 97544

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

| 3.93 | Nonpriority creditor's name and mailing address | | $441.60 |
|---|---|---|---|

HERBS ETC INC
1340 RUFINA CIRCLE
SANTA FE, NM 87507

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

| 3.94 | Nonpriority creditor's name and mailing address | | $682.24 |
|---|---|---|---|

HIMALAYA HERBAL HEALTHCARE
1101 GILLINGHAM LANE
SUGAR LAND, TX 77478

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

| 3.95 | Nonpriority creditor's name and mailing address | | $1,772.05 |
|---|---|---|---|

HOBART SERVICE - ST. LOUIS, MO
HOBART SVC ITW FOOD EQUIP GP
PO BOX 2517
CAROL STREAM, IL 60132-2517

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

| 3.96 | Nonpriority creditor's name and mailing address | | $1,270.00 |
|---|---|---|---|

HOODZ NORTH AMERICA
731 FAIRFIELD CT
ANN ARBOR, MI 48108

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | | $116.40 |
|---|---|---|---|

HOWARDS CREEK
255 BIG RUN ROAD
SUITE 3
LEXINGTON, KY 40503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | | $508.40 |
|---|---|---|---|

ICU EYEWEAR INC
DEPT. 36079
PO BOX 39000
SAN FRANCISCO, CA 94139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | | $3,690.00 |
|---|---|---|---|

IG CONSULTING, LLC
1060 WOODCOCK ROAD
STE 128 #65702
ORLANDO, FL 32803-3607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | | $237.85 |
|---|---|---|---|

INESSCENTS AROMATIC BOTANICALS LLC
PO BOX 1363
ASHLAND, OR 97520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | | $1,264.55 |
|---|---|---|---|

IRWIN NATURALS
5310 BEETHOVEN ST.
LOS ANGELES, CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.102 | **Nonpriority creditor's name and mailing address** | | $8,849.57 |
|---|---|---|---|
| | IVERIFY INC<br>PO BOX 776146<br>CHICAGO, IL 60677-6146 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | | $438.70 |
|---|---|---|---|
| | J&M FLOORS AND MORE INC<br>PO BOX 361033<br>MELBOURNE, FL 32936-1033 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | | $1,039.40 |
|---|---|---|---|
| | JARROW FORMULAS INC<br>1824 S. ROBERTSON BLVD.<br>LOS ANGELES, CA 90035 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | | $404.88 |
|---|---|---|---|
| | JOHNSON BROTHERS<br>4520 SOUTH CHURCH AVENUE<br>TAMPA, FL 33611 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | | $157.48 |
|---|---|---|---|
| | KATES FISH CAMP<br>6518 SE HAWTHORNE RD.<br>GAINESVILLE, FL 32641 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.107 | Nonpriority creditor's name and mailing address | | $265.30 |
|---|---|---|---|

KLAMATH ALGAE PRODUCTS, INC.
910 BROAD STREET
KLAMATH FALLS, OR 97601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.108 | Nonpriority creditor's name and mailing address | | $400.00 |
|---|---|---|---|

LATITUDE DIGITAL
660 BRIGGS
ERIE, CO 80516-0698

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.109 | Nonpriority creditor's name and mailing address | | $176.40 |
|---|---|---|---|

LIFEEXTENSION
3600 WEST COMMERCIAL BLVD.
FT. LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.110 | Nonpriority creditor's name and mailing address | | $96.50 |
|---|---|---|---|

LIFESEASONS, INC.
708 VALLEY RIDGE CIRCLE
LEWISVILLE, TX 75057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.111 | Nonpriority creditor's name and mailing address | | $21.00 |
|---|---|---|---|

LIFETIME BRANDS INC.
DEPT CH 17745
PALANTINE, IL 60055-7745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.112** | **Nonpriority creditor's name and mailing address** | $32.03 |

LINKEDIN
62228 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| **3.113** | **Nonpriority creditor's name and mailing address** | $447.50 |

LIQUID ENVIRONMENTAL SOLUTIONS
PO BOX 733372
DALLAS, TX 75373-3372

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| **3.114** | **Nonpriority creditor's name and mailing address** | $185.53 |

LOTUS LIGHT ENTERPRISES INC
PO BOX 1008
SILVER LAKE, WI 53170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| **3.115** | **Nonpriority creditor's name and mailing address** | $282.00 |

LUNETTE
555 MARRIOT DRIVE
SUITE 315
NASHVILLE, TN 37214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| **3.116** | **Nonpriority creditor's name and mailing address** | $70.51 |

M2 INGREDIENTS
5931 PRIESTLY DR.
SUITE #101
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 27 of 47 |

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|---|---|---|---|
| | Name | | |

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.117** | **Nonpriority creditor's name and mailing address** | $39.95

MAD HIPPIE LLC
PO BOX 42350
PORTLAND, OR 97242

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.118** | **Nonpriority creditor's name and mailing address** | $2,052.47

MARCO COMPANY
PO BOX 123439
FORT WORTH, TX 76121-3439

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.119** | **Nonpriority creditor's name and mailing address** | $4,992.26

MCCLAINS OLD FLORIDA GOURMET
7835 CENTRAL INDUSTRIAL DRIVE
RIVERIA BEACH, FL 33404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.120** | **Nonpriority creditor's name and mailing address** | $285.00

MCKD HOLDINGS
PO BOX 1747
DRAPER, UT 84020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.121** | **Nonpriority creditor's name and mailing address** | $242.59

MEGAFOOD
CL 800134
PO BOX 983033
BOSTON, MA 02298

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Lucky's Market of Naples, FL, LLC
         _____
         Name

Case number *(if known)* _20-10186_

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122** **Nonpriority creditor's name and mailing address**                                      $200.85

METABOLIC RESPONSE MODIFIERS
2665 VISTA PACIFIC DRIVE
OCEANSIDE, CA 92056

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.123** **Nonpriority creditor's name and mailing address**                                      $500.00

METRO ICE
1946 HONDA DRIVE
FORT MYERS, FL 33907

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.124** **Nonpriority creditor's name and mailing address**                                      $237.60

MEXCOR DISTRIBUTORS OF FLORIDA
14300 PALMETTO FRONTAGE ROAD
MIAMI LAKES, FL 33016

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.125** **Nonpriority creditor's name and mailing address**                                      $211.93

MILLENNIUM DIGITAL TECHNOLOGY
655 WEST 13 MILE ROAD
MADISON HEIGHTS, MI 48071

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.126** **Nonpriority creditor's name and mailing address**                                      $1,009.50

MINERAL FUSION NATURAL BRANDS LLC
PO BOX DEPT CH 17021
PALATINE, IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.127 | **Nonpriority creditor's name and mailing address** | | $1,193.90 |
|---|---|---|---|

MISSION FOODS
LOCKBOX 843789
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.128 | **Nonpriority creditor's name and mailing address** | | $292.12 |
|---|---|---|---|

MOBILE MINI SOLUTIONS
PO BOX 650882
DALLAS, TX 75265-0882

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.129 | **Nonpriority creditor's name and mailing address** | | $63.81 |
|---|---|---|---|

MONTANA EMU RANCH COMPANY
PO BOX 7041
KALISPELL, MT 59904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.130 | **Nonpriority creditor's name and mailing address** | | $2,190.00 |
|---|---|---|---|

NAPLES HONEY COMPANY
1405 WINDSWEPT AVENUE
NAPLES, FL 34109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.131 | **Nonpriority creditor's name and mailing address** | | $273.37 |
|---|---|---|---|

NATURAL FACTORS NUTRITIONAL PRODUCTS INC
14224 167TH AVE. SE
MONROE, WA 98272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.132** | **Nonpriority creditor's name and mailing address** | | $309.96

NATURAL IMMUNOGENICS CORPORATION
7504 PENNSYLVANIA AVE.
SARASOTA, FL 34243

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | | $251.85

NATURAL ORGANICS INC
PO BOX 8951
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | | $559.03

NATURAL PRODUCTS GROUP
PO BOX 9010
RONKONKOMA, NY 11779

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | | $1,750.00

NEFF, KELLY
3848 LUZON STREET
FORT MYERS, FL 33901

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | | $636.98

NEW CHAPTER INC
PO BOX 6055
BRATTLEBORO, VT 05301

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.137 | **Nonpriority creditor's name and mailing address** | | $7,007.58 |
|---|---|---|---|

NIKKO ENTERPRISE CORPORATION
13168 SANDOVAL SREET
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.138 | **Nonpriority creditor's name and mailing address** | | $596.97 |
|---|---|---|---|

NORDIC NATURALS INC
PO BOX 45845
SAN FRANCISCO, CA 94145

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.139 | **Nonpriority creditor's name and mailing address** | | $2,041.27 |
|---|---|---|---|

NOW FOODS
12734 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.140 | **Nonpriority creditor's name and mailing address** | | $3,197.89 |
|---|---|---|---|

NUTRACEUTICAL CORPORATION
PO BOX 12850
OGDEN, UT 84412

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.141 | **Nonpriority creditor's name and mailing address** | | $1,337.56 |
|---|---|---|---|

NUTRANEXT BUSINESS LLC
PO BOX 740476
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.142 | **Nonpriority creditor's name and mailing address** | | $87.35 |
|---|---|---|---|

NUTRIBIOTIC
PO BOX 238
LAKEPORT, CA 95453

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.143 | **Nonpriority creditor's name and mailing address** | | $828.19 |
|---|---|---|---|

ONESOURCE MAGAZINE DIST LLC
401 E 124TH AVE.
THORNTON, CO 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.144 | **Nonpriority creditor's name and mailing address** | | $330.00 |
|---|---|---|---|

OPICI FAMILY DISTRIBUTING
25 DEBOER DRIVE
GLEN ROCK, NJ 07452

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.145 | **Nonpriority creditor's name and mailing address** | | $400.00 |
|---|---|---|---|

ORGANIX RECYCLING LLC
19065 HICKORY CREEK DR., #240
MOKENA, IL 60448

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.146 | **Nonpriority creditor's name and mailing address** | | $531.06 |
|---|---|---|---|

ORVINO IMPORTS & DISTRIBUTING INC
11927 W SAMPLE ROAD
CORAL SPRINGS, FL 33065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 33 of 47 |
|---|---|---|

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.147 | Nonpriority creditor's name and mailing address | | $204.00 |
|---|---|---|---|

OVERSEAS CONNECTION
PO BOX 3381
NEDERLAND, CO 80466

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.148 | Nonpriority creditor's name and mailing address | | $532.00 |
|---|---|---|---|

PACIFICA BEAUTY
1090 EUGENIA PL
CARPINTERIA, CA 93013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.149 | Nonpriority creditor's name and mailing address | | $330.88 |
|---|---|---|---|

PALEO PRO, LLC
1211 LIBERTY WAY
VISTA, CA 92081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.150 | Nonpriority creditor's name and mailing address | | $234.00 |
|---|---|---|---|

PARAKITO USA CORP
2040 NW 29TH STREET
FT. LAUDERDALE, FL 33311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.151 | Nonpriority creditor's name and mailing address | | $2,497.61 |
|---|---|---|---|

PCM SALES INC
FILE 55327
LOS ANGELES, CA 90074-5327

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor _____Lucky's Market of Naples, FL, LLC_____          Case number *(if known)* __20-10186__
                Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.152 | **Nonpriority creditor's name and mailing address** | | $821.52 |
|---|---|---|---|

PDF FOODS LLC
2716 AMERICAN DRIVE
TROY, MI 48083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.153 | **Nonpriority creditor's name and mailing address** | | $863.11 |
|---|---|---|---|

PEPSI BEVERAGES
75 REMITTANCE DRIVE
SUITE 1884
CHICAGO, IL 60675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.154 | **Nonpriority creditor's name and mailing address** | | $1,624.62 |
|---|---|---|---|

PREMIER BEVERAGE COMPANY LLC
9801 PREMIER PARKWAY
MIRAMAR, FL 33025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.155 | **Nonpriority creditor's name and mailing address** | | $46.70 |
|---|---|---|---|

PREMIER COMPANY
PO BOX 28289
NEW YORK, NY 10087-8289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.156 | **Nonpriority creditor's name and mailing address** | | $41.00 |
|---|---|---|---|

PRINTING SOLUTIONS
2720 S. HARDY DRIVE, SUITE 1
TEMPE, AZ 85282

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.157 | **Nonpriority creditor's name and mailing address** | | $72.00 |
|---|---|---|---|

PROBULIN
3820 NW 14TH STREET
SUITE A & B
TOPEKA, KS 66618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.158 | **Nonpriority creditor's name and mailing address** | | $1,015.50 |
|---|---|---|---|

PROGUARD SERVICE AND SOLUTIONS
1 ECOLAB PLACE
ST PAUL, MN 55102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.159 | **Nonpriority creditor's name and mailing address** | | $1,474.98 |
|---|---|---|---|

PURE WATER TECHNOLOGIES #1 LLC
11 SOUTH JEREMY STREET
SALT LAKE CITY, UT 84104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.160 | **Nonpriority creditor's name and mailing address** | | $498.86 |
|---|---|---|---|

PUREVISION TECHNOLOGY INC
PO BOX 124
NORTH HENDERSON, IL 61466

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.161 | **Nonpriority creditor's name and mailing address** | | $890.24 |
|---|---|---|---|

RELIANCE VITAMIN CO INC
PO BOX 11568
NEWARK, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.162 | **Nonpriority creditor's name and mailing address** | | $458.09 |
|---|---|---|---|

RENEW LIFE FORMULAS, INC.
PO BOX 206933
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.163 | **Nonpriority creditor's name and mailing address** | | $145.72 |
|---|---|---|---|

RENEWAL PRODUCTS
PO BOX 994
GLENWOOD SPRINGS, CO 81602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.164 | **Nonpriority creditor's name and mailing address** | | $4,908.80 |
|---|---|---|---|

REPUBLIC NATIONAL DISTRIBUTING COMPANY
441 SW 12TH AVE
DEERFIELD BEACH, FL 33442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.165 | **Nonpriority creditor's name and mailing address** | | $798.76 |
|---|---|---|---|

RESTORATIVE BOTANICALS LLC
1820 INDUSTRIAL CIRCLE
SUITE I
LONGMONT, CO 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.166 | **Nonpriority creditor's name and mailing address** | | $55.59 |
|---|---|---|---|

RETAIL DATA SYSTEMS OF COLORADO INC
6810 BROADWAY SUITE J
DENVER, CO 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.167 | **Nonpriority creditor's name and mailing address** | | $170.15 |
|---|---|---|---|

RYDER TRANSPORTATION SERVICES
PO BOX 96723
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.168 | **Nonpriority creditor's name and mailing address** | | $870.22 |
|---|---|---|---|

SCHWABE NORTH AMERICA INC
PO BOX 200286
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.169 | **Nonpriority creditor's name and mailing address** | | $240.72 |
|---|---|---|---|

SEITENBACHER AMERICA LLC
11505 PERPETUAL DRIVE
ODESSA, FL 33556

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.170 | **Nonpriority creditor's name and mailing address** | | $50.71 |
|---|---|---|---|

SERVICECHANNEL
PO BOX 392642
PITTSBURGH, PA 15251-9642

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.171 | **Nonpriority creditor's name and mailing address** | | $186.13 |
|---|---|---|---|

SESAC INC
35 MUSIC SQUARE EAST
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Lucky's Market of Naples, FL, LLC | | Case number *(if known)* | 20-10186 |
|--------|-----------------------------------|--|--------------------------|----------|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.172 | **Nonpriority creditor's name and mailing address** | $143,406.91 |
|---|---|---|

SHERWOOD FOOD DISTRIBUTORS
12499 EVERGREEN ROAD
DETROIT, MI 48228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.173 | **Nonpriority creditor's name and mailing address** | $2,313.30 |
|---|---|---|

SOUTHERN GLAZERS WINE AND SPIRITS
2400 SW 145TH AVE
SUITE 300
MIRAMAR, FL 33027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.174 | **Nonpriority creditor's name and mailing address** | $448.06 |
|---|---|---|

SOUTHERN STYLE SPICES
PO BOX 20
MANOR, TX 78653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.175 | **Nonpriority creditor's name and mailing address** | $268.32 |
|---|---|---|

SOUTHERN SWEET TEA COMPANY
4501 MANATEE AVENUE WEST
SUITE 277
BRADENTON, FL 34209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.176 | **Nonpriority creditor's name and mailing address** | $349.68 |
|---|---|---|

STASHER INC
PO BOX 74007136
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.177 | **Nonpriority creditor's name and mailing address** | | $212.27 |
|---|---|---|---|

STREAM2SEA LLC
PO BOX 907
WAUCHULA, FL 33873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.178 | **Nonpriority creditor's name and mailing address** | | $241.19 |
|---|---|---|---|

SUNDESA LLC
250 SOUTH 850 EAST
LEHI, UT 84043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.179 | **Nonpriority creditor's name and mailing address** | | $354.90 |
|---|---|---|---|

SUNFOOD CORPORATION
DEPARTMENT WS246
PO BOX 509015
SAN DIEGO, CA 92150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.180 | **Nonpriority creditor's name and mailing address** | | $220.76 |
|---|---|---|---|

SUNWARRIOR
2250 NORTH CORAL CANYON BLVD.
SUITE 100
WASHINGTON, UT 84780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.181 | **Nonpriority creditor's name and mailing address** | | $137.20 |
|---|---|---|---|

SYSCO GRAND RAPIDS
PO BOX 8769
GRAND RAPIDS, MI 49518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Lucky's Market of Naples, FL, LLC
          _____
          Name

Case number (if known)  20-10186
                        _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.182**   **Nonpriority creditor's name and mailing address**                              $26,922.23

SYSCO WEST COAST FLORIDA INC
3000 69TH STREET EAST
PALMETTO, FL 34221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.183**   **Nonpriority creditor's name and mailing address**                              $288.00

TAMPA BEVERAGE SOLUTIONS
14601 MCCORMICK DRIVE
TAMPA, FL 33626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.184**   **Nonpriority creditor's name and mailing address**                              $59.20

TARRANT LIGHTING
2113 FRANKLIN DRIVE
FT. WORTH, TX 76106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.185**   **Nonpriority creditor's name and mailing address**                              $528.26

TECO PEOPLES GAS
PO BOX 31318
TAMPA, FL 33631-3017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.186**   **Nonpriority creditor's name and mailing address**                              $145.92

THE YERBA MATE CO. LLC
3948 3RD STREET SOUTH, #389
JACKSONVILLE BEACH, FL 32250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.187 | **Nonpriority creditor's name and mailing address** | | $412.31 |
|---|---|---|---|

THRESHOLD ENTERPRISES LTD
PO BOX 775191
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.188 | **Nonpriority creditor's name and mailing address** | | $179.76 |
|---|---|---|---|

TOP DOG KITCHEN
PO BOX 3241
NAPLES, FL 34106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.189 | **Nonpriority creditor's name and mailing address** | | $0.01 |
|---|---|---|---|

TRACE MINERALS RESEARCH
1996 WEST 3300 SOUTH
OGDEN, UT 84401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.190 | **Nonpriority creditor's name and mailing address** | | $181.90 |
|---|---|---|---|

TRILLIUM SERVICE COMPANIES LLC
51284 DANVIEW TECHNOLOGY CT.
SHELBY TOWNSHIP, MI48315

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.191 | **Nonpriority creditor's name and mailing address** | | $4,434.01 |
|---|---|---|---|

TROYERS OF SOUTH FLORIDA
2227 SARASOTA CENTER BLVD.
SARASOTA, FL 34240

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Lucky's Market of Naples, FL, LLC | Case number *(if known)* | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.192 | Nonpriority creditor's name and mailing address | | $1,608.87 |
|---|---|---|---|

TRUNO RETAIL TECHNOLOGY SOLUTIONS
PO BOX 53124
LUBBOCK, TX 79453

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.193 | Nonpriority creditor's name and mailing address | | $372.50 |
|---|---|---|---|

TWC SERVICES INC
PO BOX 1612
DES MOINES, IA 50306-1612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.194 | Nonpriority creditor's name and mailing address | | $102.61 |
|---|---|---|---|

TWEEZERMAN INTERNATIONAL LLC
PO BOX 27584
NEW YORK, NY 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.195 | Nonpriority creditor's name and mailing address | | $361,518.67 |
|---|---|---|---|

UNFI
PO BOX 419719
BOSTON, MA 02241-9719

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.196 | Nonpriority creditor's name and mailing address | | $40.00 |
|---|---|---|---|

VALLEY PROTEINS INC
PO BOX 643393
CINCINNATI, OH 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.197 | **Nonpriority creditor's name and mailing address** | | $454.52 |
|---|---|---|---|

VEGA
101 - 3001 WAYBURNE DRIVE
BURNABY, BC V5G 4W3
CANADA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.198 | **Nonpriority creditor's name and mailing address** | | $509.86 |
|---|---|---|---|

VITAL PROTEINS LLC
29215 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.199 | **Nonpriority creditor's name and mailing address** | | $1,381.12 |
|---|---|---|---|

VITALITY WORKS INC
8500 BLUEWATER ROAD NW
ALBUQUERQUE, NM 87121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.200 | **Nonpriority creditor's name and mailing address** | | $59.65 |
|---|---|---|---|

VITANICA
PO BOX 1299
TUALATIN, OR 97062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.201 | **Nonpriority creditor's name and mailing address** | | $250.35 |
|---|---|---|---|

WASSERSTROM
PO BOX 182056
COLUMBUS, OH 43218-2056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address** | | $2,741.30

WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197-4648

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.203** | **Nonpriority creditor's name and mailing address** | | $137.50

WILDWOOD GRILLING
726 EAST SHINGLE MILL ROAD
SANDPOINT, ID 83864

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.204** | **Nonpriority creditor's name and mailing address** | | $83.40

WINDMILL HEALTH PRODUCTS
10 HENDERSON DRIVE
WEST CALDWELL, NJ 07006

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.205** | **Nonpriority creditor's name and mailing address** | | $188.42

ZUMEX USA INC
1573 NW 82ND AVENUE
MIAMI, FL 33126

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Lucky's Market of Naples, FL, LLC
          _____
          Name

Case number *(if known)* ___20-10186___

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Lucky's Market of Naples, FL, LLC | Case number (if known) | 20-10186 |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| | | | + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 16,582,323.64 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 16,582,323.64 |
| | | | + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name   Lucky's Market of Naples, FL, LLC

United States Bankruptcy Court for the: _____ District of Delaware

Case number (if known): 20-10186 _____   Chapter 11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed in *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Refrigeration and A/C Agreement, Dated: 06/16/2016 | 5 STAR REFRIGERATION & AIR CONDITIONING, INC.<br>23091 CORTEZ BOULEVARD<br>BROOKSVILLE, FL 34601 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Shopping Center Lease - Naples, FL | DALE COMPANY LLC<br>C/O RMC PROPERTY GROUP<br>8902 NORTH DALE MABRY HIGHWAY<br>SUITE 200<br>TAMPA, FL 33614 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Burglary Alarm System Agreement, Dated: 12/14/2015 | GUARDIAN TECHNOLOGIES<br>P.O. BOX 112798<br>NAPLES, FL 34108 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Hazardous Waste Removal Agreement - Lucky's Market #24 NAP - Naples, Florida Dated: 06/22/2017 | WASTE MANAGEMENT<br>1001 FANNIN, SUITE 4000<br>HOUSTON, TX 77002 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Solid Waste Removal Agreement - Lucky's Market #24 NAP - Naples | WASTE MANAGEMENT<br>1001 FANNIN, SUITE 4000<br>HOUSTON, TX 77002 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  Lucky's Market of Naples, FL, LLC

United States Bankruptcy Court for the:_____ District of Delaware

Case number (If known):  20-10186

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | GILLILAND, MICHAEL | 3606 E. MARLETTE AVENUE PARADISE VALLEY, AZ 85253UNITED STATES | Lucky's Market 2, LP | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name  Lucky's Market of Naples, FL, LLC

United States Bankruptcy Court for the: _____ District of Delaware

Case number (*If known*):  20-10186

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 3, 2020
           MM / DD / YYYY

✗ /s/ Andrew T. Pillari
Signature of individual signing on behalf of debtor

Andrew T. Pillari
Printed name

Chief Financial Officer
Position or relationship to debtor